RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Gerald Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-408-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** <br> (First Request) |
| v. | |
| GERALD JOHNSON, | |
| Defendant. | |

IT IS HEARBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Allison Herr, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Gerald Johnson, that the sentencing hearing currently scheduled for October 2, 2015 at 2:00 p.m., be vacated and set to a date and time convenient to this court, but no earlier than one week .

The Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the presentence investigation report with Mr. Johnson. Additionally, she needs more time to draft and file her sentencing memorandum.

2. The client is in custody and does not oppose the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to draft and file her memorandum.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B).

5. This is the first stipulation to continue filed herein.

DATED: September 22, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|   /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |   /s/ Allison Herr<br>By_____<br>ALLISON HERR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERALD JOHNSON,<br><br>　　　　　Defendant. | Case No. 2:14-cr-208-RFB-NJK |

### ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, October 2, 2015, be vacated and continued to Wednesday, October 14, 2015 at  1:30  p.m.

DATED this 23rd day of September, 2015.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3