RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Gerald L. Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>GERALD L. JOHNSON,<br><br>              Defendant. | Case No. 2:14-CR-408-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Gerald L. Johnson, that the Revocation Hearing currently scheduled on October 29, 2020 at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      One of the new law violations alleged in the petition is pending a preliminary hearing in state court. That hearing is currently scheduled for December 7, 2020. The resolution

of the state case will impact the manner in which the parties resolve the petition and proceed at the revocation hearing.

    2.    The defendant is not in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Simon F. Kung*<br>By_____<br>SIMON F. KUNG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-408-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GERALD L. JOHNSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 29, 2020 at 1:30 p.m., be vacated and continued to  January 7, 2021  at the hour of   10:00   a.m.; or to a time and date convenient to the court.

DATED this 27th day of October, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE